# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C&M CONSTRUCTION COMPANY, )<br>LLC, d/b/a ABSOLUTE STORAGE & )<br>TRUCK EQUIPMENT, <u>et</u> <u>al.</u>, )<br>)<br>Defendants. )<br>) | Civil Action No. 13-0227-CG-B |

## FINAL JUDGMENT

In accordance with the Amended Order Granting Summary Judgment entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of plaintiff, Colony Insurance Company, and against defendants C&M Construction Company, LLC, d/b/a Absolute Storage & Truck Equipment, Kerry Dees, Craft Auto Sales, LLC, Alexander S. Dees, Patrick David Pierce and Robbie Hereford Turner, and it is hereby declared as follows:

> That plaintiff Colony Insurance Company does not owe insurance coverage, a defense or indemnity to Defendant C&M Construction Company, LLC, d/b/a Absolute Storage & Truck Equipment, Kerry Dees and/or Craft Auto Sales, LLC under Garage Policy No. GP806360 issued by Colony Insurance Company to C&M Construction Company, LLC d/b/a Absolute Storage Truck & Equipment for any of the claims

or damages asserted or claimed in the case styled *Robbie Hereford Turner, as Personal Representative of the Estate of Kenric Isiah Turner, Deceased v. Craft Auto Sales, LLC; Kerry Dees, Absolute Storage, LLC, et al.,* CV-2012-901113 in the Circuit Court of Baldwin County, Alabama.

**DONE** and **ORDERED** this 19th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE